# EXHIBIT A

# Elizabeth Ann Morgan

| | |
|---|---|
| **From:** | Elizabeth Ann Morgan |
| **Sent:** | Wednesday, June 10, 2015 12:14 PM |
| **To:** | 'Tiffini Bell' |
| **Cc:** | Elizabeth Ann Morgan |
| **Subject:** | RE: Horton v. Neslon -- Offer of Settlement 6-10 |

Ms. Bell,

My client accepts the offer. Please prepare the settlement agreement and joint motion for approval per the court's rules.


Elizabeth Ann "Betty" Morgan
The Morgan Law Firm P.C.
260 Peachtree Street
Suite 1601
Atlanta GA 30303
morgan@morganlawpc.com
(404) 496-5430 Office
(404) 872-0267 Mobile

This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged or confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this information (other than to the intended recipient) or copying this information. If you have received this communication in error, please notify us immediately by e-mail or by telephone.

Please consider the environment before printing this e-mail


**From:** Tiffini Bell [mailto:tcblawoffice@gmail.com]
**Sent:** Tuesday, June 09, 2015 12:47 PM
**To:** Elizabeth Ann Morgan
**Subject:** Re: Horton v. Neslon -- Offer of Settlement 6-1

Ms. Morgan

I have spoken to my client. We are countering your settlement proposal with $4,000 to settle the underlying claim and $2,000 for attorney's fees

Please advise

Thank you

Tiffini Bell

1

On Tue, Jun 9, 2015 at 11:48 AM, Elizabeth Ann Morgan <morgan@morganlawpc.com> wrote:

> Ms. Bell,
>
> Please let me know if we can resolve this case.
>
> Thank you,
>
> Elizabeth Ann "Betty" Morgan
>
> **The Morgan Law Firm P.C.**
>
> 260 Peachtree Street
>
> Suite 1601
>
> Atlanta GA 30303
>
> morgan@morganlawpc.com
>
> (404) 496-5430 Office
>
> (404)872-0267 Mobile
>
> This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged or confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this information (other than to the intended recipient) or copying this information. If you have received this communication in error, please notify us immediately by e-mail or by telephone.
>
> Please consider the environment before printing this e-mail

**From:** Tiffini Bell [mailto:tcblawoffice@gmail.com]
**Sent:** Monday, June 01, 2015 5:01 PM
**To:** Elizabeth Ann Morgan
**Subject:** Re: Horton v. Neslon -- Offer of Settlement 6-1

Ms. Morgan

I have received your counteroffer and I have presented it to my client and he is reviewing. I will have a response by the end of the week.

Tiffini C. Bell

On Mon, Jun 1, 2015 at 4:57 PM, Elizabeth Ann Morgan <morgan@morganlawpc.com> wrote:

Ms. Bell,

Are you going to respond? We moved significantly.

Elizabeth Ann "Betty" Morgan

**The Morgan Law Firm P.C.**

260 Peachtree Street

Suite 1601

Atlanta GA 30303

morgan@morganlawpc.com

(404) 496-5430 Office

(404)872-0267 Mobile

3

This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged or confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this information (other than to the intended recipient) or copying this information. If you have received this communication in error, please notify us immediately by e-mail or by telephone.

 Please consider the environment before printing this e-mail

**From:** Elizabeth Ann Morgan
**Sent:** Wednesday, May 27, 2015 5:22 PM
**To:** 'Tiffini Bell'
**Cc:** Elizabeth Ann Morgan
**Subject:** RE: Horton v. Neslon -- Offer of Settlement

Ms. Bell,

Attached are the 1099s that show my client worked for more than one year. My client is concerned, however, about the ability of your client to pay when we prevail given the minimal effort you have put forth in initial disclosures and in the answer.

We offer to resolve the case for $7500 and $2500 in attorney's fees. This offer is open until June 1.

Elizabeth Ann "Betty" Morgan

**The Morgan Law Firm P.C.**

260 Peachtree Street

Suite 1601

Atlanta GA 30303

morgan@morganlawpc.com

(404) 496-5430 Office

4