IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LINDA HORTON** <br><br> **Plaintiff** <br><br> v. <br><br> **HONEIL NELSON, individually, and DIAMOND DIASPORA MEDIA, LLC, a Georgia Limited Liability Company d/b/a AtlantaBlackStar.com, PopularCritic.com, DimeWars.com, and PlanetPit.com** <br><br> **Defendants.** | CIVIL ACTION FILE NO.: <br><br> 1:14-cv-03839-LMM <br><br> JURY TRIAL DEMANDED |

### ORDER APROVING AND ENFORCINGE SETTLEMENT AGREEMENT

Upon review of the Plaintiff's Motion to Approve and Enforce Settlement agreement and its supporting documents, having heard argument of counsel during a telephone hearing on August 26, 2015, at 11 a.m. that the motion is unopposed, having reviewed the factors set forth by the Eleventh Circuit in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982) and being otherwise duly informed in the premises, Plaintiff's Motion to Approve and Enforce Settlement Agreement [15] is **GRANTED** for the reasons discussed during the hearing. The Court retains jurisdiction in the event further enforcement is necessary.

Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**. The Clerk is instructed to close the case.

IT IS SO ORDERED, this 26 day of August 2015.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE